Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: marc.kalagian@rksslaw.com

Leonard Stone
Attorney at Law: 5791
Shook and Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: MRobles@shookandstone.com

Attorneys for Plaintiff
Tod Armstrong

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TOD ARMSTRONG, | Case No.: 2:24-cv-00049-DJA |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE DANIEL J. ALBREGTS, MAGISTRATE JUDGE OF THE DISTRICT COURT:

The parties, by and through their respective counsel, hereby stipulate to extend the time in which plaintiff must file his opening brief for a period of 14 days to and including May 24, 2024, and that all subsequent deadlines as per the

Supplemental Rules Regarding Social Security Actions of the Federal Rules of Civil Procedure are extended accordingly.  Defendant's brief shall be filed on or before June 24, 2024, and plaintiff's optional reply brief shall be filed on or before July 8, 2024.

This is plaintiff's first request for an extension in this matter.  This request is made at the request of plaintiff's counsel who requires additional time to fully research the issues presented in light of the unusually voluminous record, and also to further consider potential new and material evidence.  Counsel apologizes for the delay; this request is made with no intent to delay adjudication of this matter.

IT IS SO STIPULATED.

DATE: May 10, 2024            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

/s/ *Marc V. Kalagian*[1]
BY: _____
Marc V. Kalagian
Attorney for plaintiff Tod Armstrong

Date:  May 10, 2024            JASON M. FRIERSON
United States Attorney

BY:  /s/ *Franco L. Becia*
FRANCO L. BECIA
Special Assistant United States Attorney
Attorneys for Defendant MARTIN O'MALLEY,
Commissioner of Social Security
(Per email authorization)

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-

**ORDER**

IT IS SO ORDERED that the parties stipulation (ECF No. 13) is GRANTED.

DATE: 5/14/2024

_____
THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE