1  Marc V. Kalagian
   Attorney at Law: 4460
2  Law Offices of Lawrence D. Rohlfing, Inc., CPC
   12631 East Imperial Highway Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Leonard Stone
6  Attorney at Law: 5791
   Shook and Stone, Chtd.
7  710 South 4th Street
   Las Vegas, NV 89101
8  Tel.: (702) 385-2220
   Fax: (702) 384-0394
9  E-mail:  MRobles@shookandstone.com

10 Attorneys for Plaintiff Tod Armstrong

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TOD ARMSTRONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 2:24-cv-00049-DJA<br><br>STIPULATION TO EXTEND TIME OF TIME TO FILE PLAINTIFF'S BRIEF AND [PROPOSED] ORDER<br><br>(SECOND REQUEST) |

　　Plaintiff Tod Armstrong and Martin O'Malley, Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this Court's approval, to extend the time from May 24, 2024 to May 31, 2024, for Plaintiff to file his brief with all other deadlines as per the Supplemental Rules for Social

Security Actions under 42 U.S.C. § 405(g) of the Federal Rules of Civil Procedure extended accordingly.

This is plaintiff's second request for an extension, but the cumulative delay from the two extensions is 21 days. This request is made at the behest of counsel for plaintiff who misjudged the time needed to review potential new and material evidence. Counsel for plaintiff apologizes for the delay. Counsel respectfully requests the granting of this request in order to meaningfully review new evidence and consider it in combination with the unusually voluminous administrative record.

DATE: May 24, 2024          Respectfully submitted,

                            LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                    /s/ *Marc V. Kalagian*[1]
                            BY: _____
                                Marc V. Kalagian
                                Attorney for plaintiff Tod Armstrong


DATE: May 24, 2024                  JASON M. FRIERSON
                                    United States Attorney



                                    /s/ *Franco L. Becia*
                            BY: _____

                                Franco L. Becia
                                Special Assistant United States Attorney
                                |*authorized by e-mail|

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

-2-

**ORDER**

IT IS SO ORDERED that the parties' stipulation (ECF No. 15) is GRANTED.  Plaintiff shall have until May 31, 2024 within which to file his brief.

DATED: 5/28/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:24-CV-00049-DJA**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on May 24, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Marc V. Kalagian*
_____

Marc V. Kalagian
Attorneys for Plaintiff
_____